IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jeffrey A. Wright | : | **CASES CONSOLIDATED** |
| | : | |
| v. | : | No. 103 C.D. 2019 |
| | : | |
| Lower Salford Township Municipal Police Pension Fund, Board of Supervisors of Lower Salford Township, and the Trustees of the Lower Salford Township Municipal Police Pension Fund, | : : : : : : | |
| Appellants | : | |
| | | |
| Jeffrey A. Wright, | : | |
| Appellant | : | |
| | : | |
| v. | : | No. 156 C.D. 2019 |
| | : | |
| Lower Salford Township Municipal Police Pension Fund, Lower Salford Township Municipal Police Pension Fund Trustees, and Lower Salford Township Board of Supervisors | : : : : : | |

# **O R D E R**

NOW, February 5, 2020, having considered Appellee's application for reargument and Designated Appellants' answer in response thereto, the application is denied.

 

 

MARY HANNAH LEAVITT,
President Judge